# Third District Court of Appeal

## State of Florida

Opinion filed October 11, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-0858
Lower Tribunal No. 16-1900
_____

**C.M., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Maria De Jesus Santovenia, Judge.

C.M., a juvenile, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, C.J., and SUAREZ and SALTER, JJ.

ROTHENBERG, C.J.

We affirm the adjudication of delinquency and sentence imposed by the trial court without further elaboration. We, however, reverse for correction of the

probation order, which improperly includes in the Memorandum of Costs an "Additional Court Cost" of $65.00, as this cost may not be imposed in juvenile cases where adjudication is withheld.

Affirmed; and remanded with instructions.